STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Richard E. Lee
Attorney at Law
810 Main St.
Pineville LA 71360

**REHEARING ACTION: November 13, 2013**

**Docket Number: 13   00450-CA**

**TERRY BARRON
VERSUS
DAVID BARRON**

**Appealed from Rapides Parish Case No. 243131**

**BEFORE JUDGES:**

    **Hon. Billy Howard Ezell
Hon. J. David Painter
Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **David Barron** has this day been

    **DENIED.**
    Ezell, J., would grant rehearing.

cc: Susan Ford Fiser, Counsel for the Appellee